UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| MICHAEL S. WILLIAMS, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 06-2170 |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| Defendant. ) | |

# O R D E R

In January 2006, Administrative Law Judge (hereinafter "ALJ") James Gildea denied Plaintiff Michael Williams' applications for Supplemental Security Income (hereinafter "SSI") and Disability Insurance Benefits (hereinafter "DIB"). ALJ Gildea based his decision on a finding that Williams was not disabled because he was able to perform a significant number of jobs available in the national economy. The parties have consented to the exercise of jurisdiction by a federal magistrate judge.

In September 2006, Williams filed a complaint against Defendant Michael Astrue,[1] the Commissioner of Social Security (hereinafter "Commissioner"), seeking judicial review of the ALJ's decision to deny him social security benefits. In March 2007, Williams filed a Motion for Summary Judgment (#16) and in May 2007, the Commissioner filed a Motion for an Order Which Affirms the Commissioner's Decision (#18). After reviewing the administrative record and the parties' memoranda, this Court granted Plaintiff's Motion for Summary Judgment (#16). Consistent with that order, the Court now **DENIES** Defendant's Motion for An Order Which Affirms the Commissioner's Decision **(#18).**

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael Astrue was substituted for Jo Anne Barnhart as the defendant in this suit.

The Court orders that the decision be **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g)[2] for further consideration consistent with this order.  This case is terminated. *Shalala v. Schaefer*, 509 U.S. 292, 299 (1993) (a Sentence 4 remand order terminates the case).

ENTER this 25th day of October, 2007.

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE

---

[2] Under 42 U.S.C. § 405(g), sentence four, "[t]he court shall have power to enter, upon pleadings and transcripts of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a hearing."