AO 450 (Rev. 5/85) Judgment in a Civil Case

E-FILED
Thursday, 25 October, 2007  03:50:37 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**MICHAEL S WILLIAMS,**
        **Plaintiff,**

vs.                              Case Number:  **06-2170**

**COMMISSIONER OF SOCIAL SECURITY,**
        **Defendant.**

☐ **DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the court is remanding this case back to the Secretary for further review.

ENTER this 25th day of October, 2007.

s/John M. Waters, Clerk

_____
JOHN M. WATERS, CLERK

s/S. Johnson

_____
BY:  DEPUTY CLERK